1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES THOMAS RUIZ, | No. 2:20-cv-1398 KJM DB P |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. SANCHEZ, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  In an order filed October 20, 2020, this court referred this case to the court's Alternative Dispute Resolution ("ADR") project and stayed these proceedings for 120 days.  (ECF No. 15.) A settlement conference has been scheduled for February 9, 2021.  (<u>See</u> ECF No. 17.)

     In a document filed October 21, plaintiff seeks to compel defendants to produce documents.  (ECF No. 16.)  Plaintiff's motion will be denied without prejudice to its renewal at an appropriate time.  In the court's order staying these proceedings, the parties were advised that, with a few exceptions, no pleadings or other documents may be filed in this case during the stay of this action.  In addition, plaintiff's motion is premature.  If this case does not settle, defendants will be instructed to file a responsive pleading.  After they have done so, this court will issue a Discovery and Scheduling Order.  At that point, discovery may commence.  Plaintiff is warned that if this case proceeds to the discovery phase, he must adhere to the Federal Rules of Civil

1

Procedure and the court's orders regarding any discovery, including any motions to compel responses to discovery.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 16) is denied.

Dated:  November 4, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/ruiz1398.mtc prem